Fill in this information to identify the case:

Debtor 1: Donald J Schanaberger

Debtor 2 (Spouse, if filing): Jennifer M Schanaberger

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 10-48778

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 7 3 2 8

**Court claim no.** (if known): _____

**Property address:** 112 N. Ridgemoor Ave
Number   Street

Mundelein,   IL   60060
City   State   ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 12,842.23

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.   (c) $ 12,842.23

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   11/19/2010
MM / DD / YYYY

Form 4100R   Response to Notice of Final Cure Payment   page 1

Debtor 1     **Donald J Schanaberger**     Case number (if known) **10-48778**
First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.



X _____  Date  02 / 16 / 2016
Signature

Print: **John**    **C**    **Rowinski**    Title: **Bankruptcy Specialist**
First Name    Middle Name    Last Name

Company: BMO Harris Bank, N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address: **P.O. Box 2035**
Number    Street

**Milwaukee**    **WI**    53202-2035
City    State    ZIP Code

Contact phone: 866 280 8434 option 2     Email: bankruptcy@bmo.com

Form 4100R     Response to Notice of Final Cure Payment     page 2

Donald J Schanaberger
Jennifer M Schanaberger
Ch. 13 Case 10-48778
7328

| Bill Date | Amount Due | Amount Paid | Oldest Due Date after Payment |
|---|---|---|---|
| 11/19/10 | $0.00 | $0.00 | 11/19/2010 |
| 12/19/10 | $130.94 | $0.00 | 11/19/2010 |
| 01/19/11 | $212.31 | $0.00 | 11/19/2010 |
| 02/19/11 | $212.31 | $0.00 | 11/19/2010 |
| 03/19/11 | $191.77 | $0.00 | 11/19/2010 |
| 04/19/11 | $212.31 | $0.00 | 11/19/2010 |
| 05/19/11 | $205.46 | $0.00 | 11/19/2010 |
| 06/19/11 | $212.31 | $0.00 | 11/19/2010 |
| 07/19/11 | $205.46 | $0.00 | 11/19/2010 |
| 08/19/11 | $212.31 | $0.00 | 11/19/2010 |
| 09/19/11 | $212.32 | $0.00 | 11/19/2010 |
| 10/19/11 | $205.46 | $0.00 | 11/19/2010 |
| 11/19/11 | $212.31 | $0.00 | 11/19/2010 |
| 12/19/11 | $205.46 | $0.00 | 11/19/2010 |
| 01/19/12 | $212.31 | $0.00 | 11/19/2010 |
| 02/19/12 | $211.88 | $0.00 | 11/19/2010 |
| 03/19/12 | $198.08 | $0.00 | 11/19/2010 |
| 04/19/12 | $211.73 | $0.00 | 11/19/2010 |
| 05/19/12 | $204.90 | $0.00 | 11/19/2010 |
| 06/19/12 | $211.73 | $0.00 | 11/19/2010 |
| 07/19/12 | $204.90 | $0.00 | 11/19/2010 |
| 08/19/12 | $211.73 | $0.00 | 11/19/2010 |
| 09/19/12 | $211.73 | $0.00 | 11/19/2010 |
| 10/19/12 | $204.91 | $0.00 | 11/19/2010 |
| 11/19/12 | $211.73 | $0.00 | 11/19/2010 |
| 12/19/12 | $204.90 | $0.00 | 11/19/2010 |
| 01/19/13 | $211.73 | $0.00 | 11/19/2010 |
| 02/19/13 | $212.16 | $0.00 | 11/19/2010 |
| 03/19/13 | $191.77 | $0.00 | 11/19/2010 |
| 04/19/13 | $212.31 | $0.00 | 11/19/2010 |
| 05/19/13 | $205.46 | $0.00 | 11/19/2010 |
| 06/19/13 | $212.31 | $0.00 | 11/19/2010 |
| 07/19/13 | $205.46 | $0.00 | 11/19/2010 |
| 08/19/13 | $212.32 | $0.00 | 11/19/2010 |
| 09/19/13 | $212.31 | $0.00 | 11/19/2010 |
| 10/19/13 | $205.46 | $0.00 | 11/19/2010 |
| 11/19/13 | $212.31 | $0.00 | 11/19/2010 |
| 12/19/13 | $205.46 | $0.00 | 11/19/2010 |
| 01/19/14 | $212.31 | $0.00 | 11/19/2010 |
| 02/19/14 | $212.32 | $0.00 | 11/19/2010 |
| 03/19/14 | $191.76 | $0.00 | 11/19/2010 |

Donald J Schanaberger
Jennifer M Schanaberger
Ch. 13 Case 10-48778
   7328

| Date | Amount | Paid | Due Date |
|---|---|---|---|
| 04/19/14 | $212.31 | $0.00 | 11/19/2010 |
| 05/19/14 | $205.47 | $0.00 | 11/19/2010 |
| 06/19/14 | $212.31 | $0.00 | 11/19/2010 |
| 07/19/14 | $205.46 | $0.00 | 11/19/2010 |
| 08/19/14 | $212.31 | $0.00 | 11/19/2010 |
| 09/19/14 | $212.31 | $0.00 | 11/19/2010 |
| 10/19/14 | $205.46 | $0.00 | 11/19/2010 |
| 11/19/14 | $212.32 | $0.00 | 11/19/2010 |
| 12/19/14 | $205.46 | $0.00 | 11/19/2010 |
| 01/19/15 | $212.31 | $0.00 | 11/19/2010 |
| 02/19/15 | $212.31 | $0.00 | 11/19/2010 |
| 03/19/15 | $191.77 | $0.00 | 11/19/2010 |
| 04/19/15 | $212.31 | $0.00 | 11/19/2010 |
| 05/19/15 | $205.46 | $0.00 | 11/19/2010 |
| 06/19/15 | $212.31 | $0.00 | 11/19/2010 |
| 07/19/15 | $205.46 | $0.00 | 11/19/2010 |
| 08/19/15 | $212.32 | $0.00 | 11/19/2010 |
| 09/19/15 | $212.31 | $0.00 | 11/19/2010 |
| 10/19/15 | $205.46 | $0.00 | 11/19/2010 |
| 11/19/15 | $212.31 | $0.00 | 11/19/2010 |
| 12/19/15 | $205.46 | $0.00 | 11/19/2010 |
| 01/19/16 | $212.32 | $0.00 | 11/19/2010 |

$12,842.23 Total post-petition past due

**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 10-48778

Debtor:  Donald J Schanaberger and Jennifer M Schanaberger

CHAPTER: 13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this February 16, 2016, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

**Donald J Schanaberger**
**Jennifer M Schanaberger**
**920 Ridge Square #113**
**Elk Grove Village, IL 60007**


**Patrick J Hart**
**Patrick J Hart Attorney At Law**
**13112 Birmingham Court**
**Beach Park, IL 60083**


**Glenn B Stearns**
**801 Warrenville Rd**
**Suite 650**
**Lisle, IL 60532**


By: /s/ _____
John Rowinski
Bankruptcy Specialist

BMO Harris Bank N.A.
PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2